UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No.   21-cr-14 |
| | : | |
| **PT BUKIT MURIA JAYA,** | : | |
| | : | |
| **Defendant.** | : | |

### JOINT MOTION FOR EXCLUSION OF TIME
### UNDER THE SPEEDY TRIAL ACT

The United States of America and the defendant, PT Bukit Muria Jaya ("BMJ"), through undersigned counsel, jointly move for the entry of an order approving the exclusion of an 18 month period in computing the time within which any trial must be commenced upon the charges contained in the Information filed against BMJ, pursuant to Title 18, United States Code, Section 3161(h)(2) of the Speedy Trial Act.

In support of this request, the parties rely on the following points and authorities, as well as any others which may be raised at a hearing on this matter.

1. On January 14, 2021, the United States and BMJ entered into a written Deferred Prosecution Agreement (hereinafter "the Agreement"). The Agreement was filed with the Court on January 14, 2021. A true and correct copy of the Agreement is attached hereto as Exhibit A and is incorporated as if fully set forth herein. The purpose of this agreement is to allow BMJ to demonstrate its good conduct and implement certain remedial measures.

2. In Paragraph 1 of the Agreement, BMJ has agreed to waive indictment and has agreed to the filing of charges via Information, charging BMJ with conspiring to commit bank fraud, in violation of Title 18, United States Code, Section 1349.

3. Pursuant to Paragraph 1 of the Agreement, the United States filed the Information with the Clerk of this Court. A true and correct copy of the Information is attached as Exhibit B.

4. BMJ hereby joins in this motion and agrees to a continuance of all further criminal proceedings for a period of 18 months and the exclusion of all time covered by such a continuance for purposes of speedy trial considerations.

5. BMJ agrees to waive any and all rights to a speedy trial pursuant to the Fifth and Sixth Amendments of the United States Constitution, Title 18, United States Code, Section 3161, Federal Rules of Criminal Procedure 48(b), and any applicable Local Rules of the United States District Court for the District of Columbia for the period that the Agreement is in effect.

6. The United States has agreed that if BMJ is in compliance in all respects with all of its obligations under the Agreement, the United States, within 30 days, or earlier, of the expiration of the time period set forth in the Agreement, will move this Court for dismissal with prejudice of the Information filed against BMJ pursuant to the terms of the Agreement.

WHEREFORE, the United States and BMJ respectfully request that this Honorable Court enter an Order approving the Agreement and continuing all criminal proceedings for a period of 18 months. The United States and BMJ further request that the Court exclude a period of 18 months from the computation of speedy trial calculations under Title 18, United States Code, Section 3161(h)(2), the Speedy Trial Act. A proposed Order is attached as Exhibit C for the convenience of the Court.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY
N.Y. Bar No. 4444188

By: /s/ Michael P. Grady
Michael P. Grady
Assistant United States Attorney

JOHN C. DEMERS
ASSISTANT ATTORNEY GENERAL
NATIONAL SECURITY DIVISION

By: /s/ David C. Recker
David C. Recker
Trial Attorney
Counterintelligence and Export Control Section

*Counsel for the United States of America*

/s/ M. Kendall Day
M. Kendall Day

Gibson, Dunn & Crutcher LLP

*Counsel for the Defendant*